LOTTIE M. CRANDALL, Appellant, *v.* E. DORIS CRANDALL et al., Respondents.

Submitted June 19, 1939; decided June 21, 1939.

*Ransom Pratt* and *Melvin H. Zurett* for motions.

*John W. Hollis* opposed.

Motions granted and appeal dismissed, without costs.